# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. MARTINEZ, | CASE NO. 1:10-cv-01501-SKO PC |
| Plaintiff, | ORDER REFERRING CASE TO PRO BONO PROGRAM FOR THE APPOINTMENT OF COUNSEL |
| v. | |
| JAMES TILTON, et al., | |
| Defendants. | |

Plaintiff John R. Martinez, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on August 19, 2010. Pursuant to the screening order filed on October 15, 2012, this action for damages is proceeding on Plaintiff's amended complaint, filed on March 2, 2012, on Plaintiff's First Amendment retaliation claim against Defendants Adams and Jennings; Plaintiff's Fourth Amendment search claim against Dicks, Payne, Cabral-Rickman, and Adams; Plaintiff's Eighth Amendment claims against Defendants Hubach and Matthews for use of excessive physical force and placement on strip cell status; Plaintiff's Eighth Amendment claim against Defendants Adams and Jennings based on Plaintiff's placement in the EOP Unit; Plaintiff's State constitutional invasion of privacy claim against Defendant Adams; and Plaintiff's negligence claim against Defendants Adams, Jennings, Hubach, Matthews, Dicks, Payne, and Cabral-Rickman. On November 14, 2012, the Court issued an order directing the United States Marshal to initiate service of process.

Having reviewed the record in this case, the Court deems it appropriate to attempt to secure counsel for Plaintiff. 28 U.S.C. § 1915(e)(1); Rand v. Rowland, 113 F.3d 1520, 1525 (9th Cir.

1997).  Accordingly, this case is HEREBY REFERRED to Sujean Park, Program Director for the Pro Bono Program of the Eastern District of California, to seek voluntary counsel to represent Plaintiff in this action.

IT IS SO ORDERED.

**Dated:     November 15, 2012**                              /s/ Sheila K. Oberto
                                                              UNITED STATES MAGISTRATE JUDGE