# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. MARTINEZ, | CASE NO. 1:10-cv-01501-SKO PC |
| Plaintiff, | ORDER APPOINTING VOLUNTARY COUNSEL TO REPRESENT PLAINTIFF IN THIS ACTION |
| v. | |
| JAMES TILTON, et al., | (Doc. 17) |
| Defendants. | |

Plaintiff John R. Martinez, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on August 19, 2010. On November 16, 2012, the Court issued an order referring this matter to the Pro Bono Program of the Eastern District of California for the appointment of voluntary counsel to represent Plaintiff in this action. William L. Schmidt has indicated to the Pro Bono Program Director that he is willing to accept appointment in this matter. Therefore, Mr. Schmidt shall be appointed to represent Plaintiff.

Accordingly, IT IS HEREBY ORDERED that:

1. William L. Schmidt, Attorney at Law, P.C., is appointed to represent Plaintiff in the above entitled matter;

2. Mr. Schmidt shall notify Sujean Park, at (916) 930-4278 or via email at spark@caed.uscourts.gov, if he has any questions related to the appointment; and

///
///
///

3.       The Clerk of the Court is directed to serve a copy of this order upon William L. Schmidt, Attorney at Law, P.C., 377 W. Fallbrook Ave., Ste. 205, Fresno, California, 93711.

IT IS SO ORDERED.

**Dated:**   **December 3, 2012**                   /s/ **Sheila K. Oberto**
                                                              UNITED STATES MAGISTRATE JUDGE