1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7
8
9   JOHN R. MARTINEZ,                         CASE NO. 1:10-cv-01501-SKO PC

10                        Plaintiff,          ORDER APPROVING STIPULATION TO
                                             EXTEND TIME TO FILE FIRST RESPONSE
11          v.                               TO AMENDED COMPLAINT

12   JAMES TILTON, et al.,                    (Doc. 21)

13                        Defendants.         Deadline: 03/29/2013
     _____/

14
15          On February 28, 2013, the parties filed their second stipulation to extend time for Defendants

16   to file their first response to Plaintiff's amended complaint.  Local Rule 144(a).  The parties' initial

17   stipulation required no court action but the second stipulation requires approval.  Id.

18          Accordingly, the parties' stipulation is HEREBY APPROVED and Defendants' response is

19   due or on before March 29, 2013.  Id.

20
21   IT IS SO ORDERED.

22   **Dated:   March 1, 2013**                   _____/s/ Sheila K. Oberto_____
                                             UNITED STATES MAGISTRATE JUDGE
23
24
25
26
27
28

1