# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. MARTINEZ, | CASE NO. 1:10-cv-01501-SKO PC |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO SUBMIT PRISON RECORD BEARING DEFENDANT MATTHEWS' NAME |
| v. | |
| JAMES TILTON, et al., | (Doc. 26) |
| Defendants. | THIRTY-DAY DEADLINE |

Plaintiff John R. Martinez filed this civil rights action pursuant to 42 U.S.C. § 1983 on August 19, 2010.  This action is proceeding against Defendants Adams, Dicks, Hubach, Jennings, Payne, Rickman, and Matthews for allegedly violating Plaintiff's rights while he was incarcerated at California State Prison-Corcoran.  Defendants Adams, Dicks, Hubach, Jennings, Payne, and Rickman have filed a motion to dismiss, but Defendant Matthews has not yet been identified and served.

On May 16, 2013, the United States Marshal returned the USM-285 form for Defendant Matthews, unexecuted.  (Doc. 26.)  An attached memo from a litigation technician at High Desert State Prison states that there is no record of an employee named H. D. Matthew or Matthews.  The Court is not persuaded that Defendant Matthews, who is or was a lieutenant, cannot be identified and it is not clear from the USM-285 form how the Litigation Office at High Desert State Prison became involved in the attempt to serve Lt. Matthews at Corcoran.  Furthermore, the defendant is Lt. D. Matthews rather than an H. D. Matthews.  Based on these concerns, Plaintiff is entitled to re-service on Defendant Matthews.  28 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c)(3).

1

     However, in the interest of avoiding any further unnecessary expenditure of resources, Plaintiff is requested to first submit to the Court a prison record bearing Defendant Matthews' name, if one is available. If Plaintiff does not have any prison records bearing Defendant Matthews' name, he shall so notify the Court.

     If Defendants Adams, Dicks, Hubach, Jennings, Payne, and Rickman's counsel is willing voluntarily assist in this matter, any assistance which eliminates the need for the Marshal to initiate re-service would be appreciated.

     Accordingly, based on the foregoing, it is HEREBY ORDERED that:

1. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file a prison record bearing Defendant Matthews' name; and
2. If Plaintiff does not have any prison records bearing Defendant Matthews' name, he shall so notify the Court within thirty days.

IT IS SO ORDERED.

**Dated:   May 31, 2013**                        /s/ Sheila K. Oberto
                                               UNITED STATES MAGISTRATE JUDGE