1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. MARTINEZ, | Case No.  1:10-cv-01501-SKO PC |
| Plaintiff. | ORDER VACATING HEARING SET FOR JUNE 26, 2013, AT 9:30 A.M. |
| v. | (Doc. 27) |
| JAMES TILTON, et al., | |
| Defendants. | |

Defendants' motion to dismiss is set for a hearing on June 26, 2013, at 9:30 a.m.  The Court has reviewed the motion and the opposition, and finds it appropriate for the motion to be submitted upon the record without oral argument, once the reply is filed or the deadline to file the reply expires without reply.  Local Rule 230(g).

Accordingly, the hearing set for June 26, 2013, at 9:30 a.m. is HEREBY VACATED.


IT IS SO ORDERED.

Dated:   **June 13, 2013**                          **/s/ Sheila K. Oberto**
                                                  UNITED STATES MAGISTRATE JUDGE

1