William L. Schmidt, Esq. #206870
WILLIAM L. SCHMIDT, ATTORNEY AT LAW, P.C.
377 W. Fallbrook, #205
Fresno, CA 93711
Telephone: 559. 261.2222
Facsimile: 559.436.8163
E-mail: bschmidt@ncinternet.net

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. MARTINEZ<br><br>Plaintiff,<br><br>v.<br><br>JAMES TILTON, et al.<br><br>Defendants. | Case No.: 1:05-CV-01501-SKO-PC<br><br>**REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT** |

### REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

I, William L. Schmidt, attorney for plaintiff, declare as follows:

I was appointed to represent plaintiff in this action by the presiding judge in this case. I believe that the following course of action is reasonably necessary to the prosecution of this action: Deposition of defendants K. Dicks, M. Jennings, Cabral-Rickman, J. Payne, D. Adams, R. Hubach, D. Matthews as well as plaintiff John R. Martinez.

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $3,314.11.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

/ / /

/ / /

/ / /

---

Request for Authority to Incur Costs
(Appointed Counsel) and Request for
Payment

1

Case No.: 1:10-CV-01501

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES-PAGE 2

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | AMOUNT PAID: |
|---|---|---|
| $ 400.00 | Deposition Cost (Plaintiff) | AMOUNT PAID: |
| $2,450.00 | Deposition Cost (7 defendants) | AMOUNT PAID: |
| $ 359.10 | 270 miles round trip @ $1.33/mi, Air travel to Sacramento for 2 depositions | AMOUNT PAID: |
| $ 55.00 | Rental Car for one day | AMOUNT PAID: |
| $ 50.00 | Photocopies | AMOUNT PAID: |

I declare under penalty of perjury that the foregoing is true and correct.

DATE: _____

William L. Schmidt
Attorney for Plaintiff John R. Martinez

The above expenditure is __X__ Approved and __X__ Denied in part. See attached order.
(in part)

~~Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule ___, on _____, at _____, M. in Courtroom Number ___.~~

DATE: 10/30/13

United States ~~District Judge~~ Magistrate Judge

---

Request for Authority to Incur Costs
(Appointed Counsel) and Request for
Payment

2

Case No.: 1:10-CV-01501

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. MARTINEZ, | Case No. 1:10-cv-01501-SKO PC |
| Plaintiff, | ORDER RE REQUEST FOR AUTHORITY TO INCUR COSTS |
| v. | |
| JAMES TILTON, et al., | |
| Defendants. | |

The Court is in receipt of appointed counsel's letter requesting to incur expenses, dated October 25, 2013. Counsel's request is approved as to travel expenses. Counsel's request is preliminarily approved as to deposition costs, pending counsel's submission of a letter from the Transcript Reimbursement Fund denying in full or in part his request for reimbursement of expenses. Finally, counsel's request is denied as to photocopy costs. In-house photocopy costs are not reimbursable. If the photocopies were not made in-house, counsel may resubmit the request with further explanation.

DATE: 10/30/13

SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE