William L. Schmidt, SBN. 206870
**WILLIAM L. SCHMIDT, ATTORNEY AT LAW, P.C**.
377 W. Fallbrook Ave., Suite 205
Fresno, CA 93711
Telephone: 559.261.2222
Facsimile: 559.436.8163
Email: legal.schmidt@gmail.com

Attorney for Plaintiff Martinez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JOHN R. MARTINEZ,** <br><br> Plaintiff, <br><br> v. <br><br> **JAMES TILTON, et al.,** <br><br> Defendants. | No. 1:10-cv-01501 SKO <br><br> **STIPULATION AND ORDER TO EXTEND THE DISCOVERY DEADLINE FOR THE LIMITED PURPOSE OF COMPLETING DEPOSITION OF DEFENDANT D. ADAMS** |

Under Federal Rules of Civil Procedure 6(b)(1)(A), 16(b)(4), and 26(d) and Local Rules 143 and 144, the parties, through their counsel of record, agree to extend the discovery deadline for fifteen days, up to and including January 10, 2014, for the limited purpose of completing the deposition of Defendant D. Adams.

A scheduling order may be modified only upon a showing of good cause and by leave of Court. Fed. R. Civ. P. 6(b)(1)(A), 16(b)(4); *see, e.g., Johnson v. Mammoth Recreations, Inc.,* 975 F.2d 604, 609 (describing the factors a court should consider in ruling on such a motion). In considering whether a party moving for a schedule modification has good cause, the Court primarily focuses on the diligence of the party seeking the modification. *Johnson,* 975 F.2d at 609 (citing Fed. R. Civ. P. 16 advisory committee's notes of 1983 amendment). "The district

1

court may modify the pretrial schedule 'if it cannot reasonably be met despite the diligence of the party seeking the amendment.'" *Id.* (quoting Fed. R. Civ. P. 16 advisory committee notes of 1983 amendment).

Good cause exists to grant this extension because the parties require more time to take the deposition of the parties. Discovery is scheduled closed on December 26, 2013, based on the parties stipulation and subsequent order issued on November 26, 2013. (ECF No. 48.) The parties have previously requested one other modification of the courts Court's Scheduling Order to conduct party deposition, but have not been able to schedule Defendant D. Adams during that period because he now lives in Florida.

The parties have stipulated that Defendant Adams will be deposed telephonically due to his limited availability. However, the earliest the parties and Defendant Adams can accommodate this deposition is January 10, 2014. Thus, the parties request a sixteen-day extension of the discovery deadline to complete Defendant D. Adams' deposition.

Dated:  December 23, 2013					Respectfully submitted,

						KAMALA D. HARRIS
						Attorney General of California
						CHRISTOPHER J. BECKER
						Supervising Deputy Attorney General

						*/s/ Diana Esquivel*

						DIANA ESQUIVEL
						Deputy Attorney General
						*Attorneys for Defendants*

Dated:  December 23, 2013					WILLIAM L. SCHMIDT
						ATTORNEY AT LAW, P.C.

						*/s/ William L. Schmidt*

						WILLIAM L. SCHMIDT
						*Attorneys for Plaintiff*

2

Stipulation and Order Extending Discovery Deadline for Limited Purpose of Completing Party Depositions
(1:10-cv-01501 SKO)

# ORDER

Based on the parties' stipulation and good cause appearing, the discovery deadline is extended to January 10, 2014, for the limited purpose of completing the Defendant D. Adams' deposition.

IT IS SO ORDERED.

Dated: **January 2, 2014**            **/s/ Sheila K. Oberto**
                                  UNITED STATES MAGISTRATE JUDGE

3

Stipulation and Order Extending Discovery Deadline for Limited Purpose of Completing Party Depositions (1:10-cv-01501 SKO)