KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Supervising Deputy Attorney General
CHRISTOPHER J. BECKER, State Bar No. 230529
Supervising Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-3903
 Fax: (916) 324-5205
 E-mail: Christopher.Becker@doj.ca.gov
*Attorneys for Defendants Adams, Dicks, Hubach, Jennings, Matthews, Payne, and Rickman*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JOHN R. MARTINEZ,** | 1:10-CV-01501-SKO (PC) |
| Plaintiff, | **ORDER APPROVING STIPULATION TO EXTEND THE DISCOVERY AND DISPOSITIVE MOTION DEADLINES TO MARCH 6, 2014** |
| v. | |
| **JAMES TILTON, et al.,** | (Doc. 51) |
| Defendants. | |

Under Federal Rules of Civil Procedure 6(b)(1)(A), 16(b)(4), and 26(d) and Local Rules 143 and 144, the parties, through their counsel of record, agree to extend the discovery deadline for thirty days, up to and including December 26, 2013, for the limited purpose of completing the depositions of the parties.

A scheduling order may be modified only upon a showing of good cause and by leave of Court. Fed. R. Civ. P. 6(b)(1)(A), 16(b)(4); *see, e.g., Johnson v. Mammoth Recreations, Inc.,* 975 F.2d 604, 609 (describing the factors a court should consider in ruling on such a motion). In considering whether a party moving for a schedule modification has good cause, the Court primarily focuses on the diligence of the party seeking the modification. *Johnson,* 975 F.2d at 609 (citing Fed. R. Civ. P. 16 advisory committee's notes of 1983 amendment). "The district

1

court may modify the pretrial schedule 'if it cannot reasonably be met despite the diligence of the party seeking the amendment.'" *Id.* (quoting Fed. R. Civ. P. 16 advisory committee notes of 1983 amendment).

The discovery deadline in this case was extended to January 10, 2014, (ECF No. 49) for the sole purpose of scheduling and taking Defendant Adams's deposition and the dispositive motion deadline is currently set for February 6, 2014 (ECF No. 25). Good cause exists to grant this extension because the parties require more time to take the deposition of Defendant Adams and Defendants will need additional time to draft and file a dispositive motion. The parties had attempted to schedule Mr. Adams's deposition for early January, but Defendants' attorney, Diana Esquivel became ill on January 1, 2013, and has been unable to return to work since that date. On January 6, her condition required emergency care, and it is anticipated that she will be unable to return to work for at least two more weeks. The undersigned, Supervising Deputy Attorney General Christopher Becker, spoke with Plaintiff's counsel on January 7, 2014, to explain Ms. Esquivel's situation and the parties agreed that they could schedule Mr. Adams's deposition for sometime in February when Ms. Esquivel returns. Additionally, in light of the aforementioned delays, Defendants will need additional time to draft and file a dispositive motion. The parties therefore request that the discovery deadline and the dispositive motion deadline be extended to March 6, 2014.

///

///

///

Dated: January 8, 2014     Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
Monica N. Anderson
Supervising Deputy Attorney General

*/s/ Christopher Becker*

CHRISTOPHER J. BECKER
Supervising Deputy Attorney General
*Attorneys for Defendants*

Dated: January 8, 2014     WILLIAM L. SCHMIDT
ATTORNEY AT LAW, P.C.

*/s/ William L. Schmidt*

SA2012307677
31868718.doc     WILLIAM L. SCHMIDT
*Attorneys for Plaintiff*

## ORDER

Based on the parties' stipulation and good cause appearing, the discovery deadline, for the limited purpose of completing Defendant Adams's deposition, and dispositive motion deadline are extended to March 6, 2014.

IT IS SO ORDERED.

Dated: **January 8, 2014**      **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE