# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. MARTINEZ, | Case No. 1:10-cv-01501-SKO (PC) |
| Plaintiff, | ORDER APPROVING STIPULATION AND EXTENDING PRETRIAL DISPOSITIVE MOTION DEADLINE TO APRIL 21, 2014 |
| v. | |
| JAMES TILTON, et al., | (Doc. 54) |
| Defendants. | |

_____/

Plaintiff John R. Martinez filed this civil rights action pursuant to 42 U.S.C. § 1983 on August 19, 2010.  This action is proceeding against Defendants Adams, Dicks, Hubach, Jennings, Payne, Rickman, and Matthews for allegedly violating Plaintiff's rights while he was incarcerated at California State Prison-Corcoran.

On March 6, 2014, the parties filed a stipulation to extend the pretrial dispositive motion deadline to April 21, 2014.  Good cause having been shown, the stipulation is approved and the pretrial dispositive motion deadline is extended to April 21, 2014.  Fed. R. Civ. P. 16(b)(4).

IT IS SO ORDERED.

Dated:   **March 7, 2014**                           **/s/ Sheila K. Oberto**
                                             UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28