# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. MARTINEZ, | Case No. 1:10-cv-01501-SKO (PC) |
| Plaintiff, | ORDER DISMISSING CERTAIN CLAIMS AND PARTIES FOLLOWING PARTIES' STIPULATION TO DISMISS |
| v. | |
| JAMES TILTON, et al., | (Doc. 56) |
| Defendants. | |

Pursuant to the parties' stipulation filed on March 19, 2014, Defendants LT. D. MATTHEWS, C/O J. PAYNE, C/O CARBAL-RICKMAN, SGT. K. DICKS, and R. HUBACH, and Plaintiff's SECOND, THIRD, FOURTH, and SIXTH CLAIMS are DISMISSED from this action. Fed. R. Civ. P. 41(a)(1)(ii).

IT IS SO ORDERED.

Dated: __March 19, 2014__          __/s/ Sheila K. Oberto__
                                    UNITED STATES MAGISTRATE JUDGE