# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. MARTINEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JAMES TILTON, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:10-cv-01501-SKO (PC)<br><br>ORDER APPROVING STIPULATION AND EXTENDING PRETRIAL DISPOSITIVE MOTION DEADLINE SEVEN DAYS TO APRIL 28, 2014<br><br>(Doc. 58) |

Plaintiff John R. Martinez filed this civil rights action pursuant to 42 U.S.C. § 1983 on August 19, 2010. This action is proceeding against Defendants Adams, Dicks, Hubach, Jennings, Payne, Rickman, and Matthews for allegedly violating Plaintiff's rights while he was incarcerated at California State Prison-Corcoran.

On April 21, 2014, the parties filed a stipulation to extend the pretrial dispositive motion deadline seven days to April 28, 2014. Good cause having been shown, the stipulation is approved and the pretrial dispositive motion deadline is extended to April 28, 2014. Fed. R. Civ. P. 16(b)(4).

IT IS SO ORDERED.

　Dated: **April 22, 2014**　　　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE