1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

10   JOHN R. MARTINEZ,                          Case No.  1:10-cv-01501-SKO (PC)

11              Plaintiff,                      ORDER APPROVING STIPULATION AND
                                                EXTENDING PRETRIAL DISPOSITIVE
12        v.                                    MOTION DEADLINE THREE DAYS TO
                                                MAY 1, 2014
13   JAMES TILTON, et al.,
                                                (Doc. 60)
14              Defendants.

15   _____/

16

17          Plaintiff John R. Martinez filed this civil rights action pursuant to 42 U.S.C. § 1983 on

18   August 19, 2010.  This action is proceeding against Defendants Adams, Dicks, Hubach, Jennings,

19   Payne, Rickman, and Matthews for allegedly violating Plaintiff's rights while he was incarcerated

20   at California State Prison-Corcoran.

21          On April 28, 2014, the parties filed a stipulation to extend the pretrial dispositive motion

22   deadline three days to May 1, 2014.  Good cause having been shown, the stipulation is approved

23   and the pretrial dispositive motion deadline is extended to May 1, 2014.  Fed. R. Civ. P. 16(b)(4).

24

25   IT IS SO ORDERED.

26      Dated:   __April 30, 2014__              _____/s/ Sheila K. Oberto_____
                                                 UNITED STATES MAGISTRATE JUDGE
27

28