# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. MARTINEZ, | Case No.  1:10-cv-01501-SKO (PC) |
| Plaintiff, | ORDER APPROVING STIPULATION AND CONTINUING HEARING FROM JUNE 11, 2014, TO JUNE 25, 2014 |
| v. | |
| JAMES TILTON, et al., | (Doc. 65) |
| Defendants. | |

Based on the parties' stipulation and good cause appearing, IT IS ORDERED that:

1.      Plaintiff's opposition to Defendants' motion for summary judgment is due on or before June 11, 2014;

2.      Defendants' reply, if any, is due on or before June 18, 2014; and

3.      The hearing on Defendants' motion for summary judgment is continued from June 11, 2014, at 9:30 a.m. to June 25, 2014 at 9:30 a.m. in Courtroom 7.[1]

IT IS SO ORDERED.

Dated:   **May 22, 2014**                              **/s/ Sheila K. Oberto**
                                                 UNITED STATES MAGISTRATE JUDGE

---

[1] Upon receipt of Plaintiff's opposition, the Court will review the record and it will vacate the hearing if it determines one is unnecessary.  Local Rule 230(g).