1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10  JOHN R. MARTINEZ,                        Case No.  1:10-cv-01501-SKO (PC)

11          Plaintiff,                       ORDER VACATING HEARING SET FOR
                                             JUNE 25, 2014, AT 9:30 A.M.
12      v.
                                             (Doc. 66)
13  JAMES TILTON, et al.,

14          Defendants.

    _____/

15

16      On May 1, 2014, Defendants Adams and Jennings filed a motion for summary judgment,

17  which is currently set for a hearing on June 25, 2014, at 9:30 a.m.  Plaintiff John R. Martinez filed

18  an opposition to the motion on June 11, 2014.   The Court has reviewed the motion and the

19  opposition, and it has determined that oral argument is unnecessary.  Local Rule 230(g).

20      Accordingly, the hearing set for June 25, 2014, at 9:30 a.m. is HEREBY VACATED.  *Id.*

21  Defendant Adams and Jennings' reply, if any, shall be filed in accordance with Local Rule 230(d).

22
23  IT IS SO ORDERED.

24  Dated:   **June 12, 2014**                         **/s/ Sheila K. Oberto**
                                             UNITED STATES MAGISTRATE JUDGE
25
26
27
28