# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. MARTINEZ, | Case No. 1:10-cv-01501-SKO (PC) |
| Plaintiff, | ORDER APPROVING STIPULATION AND GRANTING TWO-DAY EXTENSION OF TIME TO FILE REPLY |
| v. | |
| JAMES TILTON, et al., | (Doc. 90) |
| Defendants. | |

Based on the parties' stipulation and good cause appearing, the deadline for Defendants to file their reply to Plaintiff's opposition to their motion for summary judgment is HEREBY ORDERED extended two days to June 20, 2014.

IT IS SO ORDERED.

Dated:   **June 18, 2014**           **/s/ Sheila K. Oberto**
                                     UNITED STATES MAGISTRATE JUDGE